# Melancon | Rimes

**MIR**

Jason L. Melancon*
Robert C. Rimes*
* Limited Liability Company

www.melanconrimes.com
jason@melanconrimes.com

February 22, 2011

Magistrate Daniel E. Knowles, III   **VIA FACSIMILE: (504) 589-4500**
**U.S. District Court – Eastern District of Louisiana**
500 Poydras Street, Room B335
New Orleans, LA  70130

    RE:    Andrew L. Gressett v. Cowabunga, Inc., et al.
             Civil Action No.: 10-CV-4619-SSV-DEK
             Eastern District of Louisiana
             Our File No.: M-1427

Dear Magistrate Judge Knowles:

    A telephone status conference is presently set for February 24, 2011 at 10:00 a.m. The plaintiff, Mr. Andrew L. Gressett, and both defendants have amicably resolved this matter. The court has already issued a dismissal with prejudice relative to Cowabunga, Inc., and our office recently submitted a joint motion to dismiss the remaining claims against Dot Com Promotions, Inc. This should dismiss the case in its entirety, and render moot the need for the telephone status conference. I would appreciate a brief letter indicating that the status conference is cancelled so that our office can remove from the calendar.

    With kind regards, I am

                                Very truly yours,

                                Jason L. Melancon

```
___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____
```

JLM:kbp
P:\1 Litigation\1 CASES\1427\1\Plt Magistrate Knowles 11.02.22 kbp.docx

8706 Jefferson Hwy., Suite B, Baton Rouge, Louisiana 70809 Tele: (225) 303-0455 Fax: (225) 303-0459

# Melancon | Rimes

**M | R**

Jason L. Melancon*  
Robert C. Rimes*  
* Limited Liability Company

www.melanconrimes.com  
jason@melanconrimes.com

February 22, 2011

## FACSIMILE COVER SHEET

If there is a problem with transmission, or if all pages are not received, please call 225-303-0455 for retransmission.

TO: Magistrate Judge Knowles                    FAX #: (504) 589-4500

COMPANY: **U.S. District Court – Eastern District of Louisiana**

FROM: Jason L. Melancon

RE: Andrew L. Gressett v. Cowabunga, Inc., et al.        OUR FILE #: M-1427

Number of pages including this cover page: 2

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us by mail without making a copy. Thank you.

Comments:

8706 Jefferson Hwy., Suite B, Baton Rouge, Louisiana 70809 Tele: (225) 303-0455 Fax: (225) 303-0459